**People of the State of Illinois, Defendant in Error, v. Earl T. Hunter, Plaintiff in Error.**

**Gen. No. 64-54.** 

Fifth District.

November 17, 1964.

Kenneth F. Kelly, of Granite City, for plaintiff in error; Dick H. Mudge, Jr., State's Attorney, of Edwardsville, and Joseph R. Bartylak, Assistant State's Attorney, for defendant in error. Opinion by PRESIDING JUSTICE DOVE. **Not to be published in full.**